IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK FULTON RYAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 19-140-J |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

ORDER

AND NOW, this 31st day of August, 2020, the Court having granted Plaintiff's Motion for Summary Judgment and denied Defendant's Motion for Summary Judgment, and having separately ordered the remand of this action for a new hearing and a new determination as to whether Plaintiff is disabled under the Social Security Act by a different, constitutionally-appointed administrative law judge,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

s/Alan N. Bloch
United States District Judge

ecf:        Counsel of record